**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION**

**DEBORAH ANN DAVOY PARKER,**

    **Plaintiff,**

v.

                                                           Case No. 8:17-cv-00948-VMC-MAP

**HUNTER WARFIELD, INC.,**

    **Defendant.**
_____/

## JOINT NOTICE OF PENDING SETTLEMENT

Plaintiff, DEBORAH ANN DAVOY PARKER ("Plaintiff") and HUNTER WARFIELD, INC. ("Defendant") by and through their respective undersigned counsel, hereby submits this Joint Notice of Pending Settlement and states that the parties have reached a settlement in principle with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. The parties expect to file the appropriate dismissal documents within thirty (30) days.

Dated this 1st day of October, 2017.

Respectfully Submitted

| **PADGETT LAW, P.A.** | **BOSS LAW, PLLC** |
|---|---|
| /s/ Stanley T. Padgett | /s/ Christopher W. E. Boss |
| Stanley T. Padgett, Esq. | Christopher W. E. Boss |
| Padgett Law, P.A. | Boss Law PLLC |
| 201 E. Kennedy Blvd., Suite 600 | 9887 4th St. N. Ste. 202 |
| Tampa, Florida 33602 | St. Petersburg, FL 33702 |
| 813-230-9098 | 727-471-0039 |
| Fax 866-896-7664 | Fax 888-503-2182 |
| Florida Bar No. 348686 | Florida Bar No. 13183 |
| spadgett@padgettlawpa.com | CWBservice@protectyourfuture.com |