UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**DEBORAH ANN DAVOY PARKER**     Case No. 8:17-cv-00948-VMC-MAP

      **Plaintiff,**                NOTICE OF DISMISSAL

v.

**HUNTER WARFIELD, INC.,**

      **Defendant.**

## JOINT NOTICE OF DISMISSAL

**COMES NOW** Plaintiff, DEBORAH ANN DAVOY PARKER ("Plaintiff") and Defendant, HUNTER WARFIELD, INC., ("Defendant") pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and hereby jointly stipulate that this action is dismissed, with prejudice, with the parties to bear their own attorney's fees, cost and expenses.

Respectfully submitted this 11th day of October, 2017.

| | |
|---|---|
| /s/Christopher W. Boss, Esquire | /s/Stanley T. Padgett, Esquire |
| Florida Bar No. 13183 | Florida Bar No. 348686 |
| Email: cpservice@protectyourfuture.com | Email: spadgett@padgettlawpa.com |
| Boss Law | Padgett Law, P.A. |
| 9887 Fourth Street North, Suite #202 | 201 East Kennedy Boulevard, Suite #600 |
| St. Petersburg, Florida 33702 | Tampa, FL 33602 |
| Phone: (727) 471-0039 | Phone: (813) 230-9098 |
| Fax: (888) 503-2182 | Fax: (866) 896-7664 |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

{00075654;1}